UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTIN M. FRIEDMAN,

    Plaintiff,

v.                                                                                                                       Case No: 6:19-cv-160-Orl-40DCI

U.S. POST OFFICE,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. 3) filed on January 29, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 27, 2019 (Doc. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss (Doc. 3) is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 16, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties